UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) **INDICTMENT**   CR 14-119 SRN/SER |
| v. | ) 18 U.S.C. § 1546(a) |
| ZDENKO JAKIŠA, | ) |
| Defendant. | ) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession of Unlawfully Obtained Documents)

On or about April 17, 2014, in the State and District of Minnesota, the defendant,

**ZDENKO JAKIŠA,**

did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay and employment in the United States, that is a Permanent Resident Card (an I-551), commonly referred to as a "Green Card," which the Defendant knew to have been procured by means of materially false claims and statements and otherwise unlawfully obtained, in that in response to oral and written questions during his refugee and legal permanent resident applications, Defendant failed to reveal:

a. He was a member of the *Hrvatsko Vijeće Odbrane* ("HVO") (the armed forces of the Croatian Defense Council in Bosnia and Herzegovina ("Bosnia")) during the Bosnian Conflict;

b. He had been arrested, charged, indicted and imprisoned for breaking or violating the law in Bosnia; and

APR 2 3 2014
U.S. DISTRICT COURT MPLS

c. He had committed crimes of moral turpitude in Bosnia.

In violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL

_____     _____
UNITED STATES ATTORNEY             FOREPERSON